**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cr-00100-SRB |
| | ) | |
| MONTEZ H. RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Hays' Report and Recommendation recommending Defendant Montez H. Rodriguez be found free from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. (Doc. #30). Defendant waived his objection to the Report and Recommendation.

After an independent and careful review of the record, and the applicable law, the Court ADOPTS Judge Hays' Report and Recommendation, (Doc. #30) and finds Defendant Montez H. Rodriguez is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: February 2, 2017